**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

CHRISTOPHER SADOWSKI,

                        Plaintiff,

    - v -                                      Civ. No. 1:22-CV-887
                                                   (BKS/DJS)

URBANSPOTLITE LLC,

                        Defendant.

## **ORDER**

Presently pending is Plaintiff's Motion to Compel Post-Judgment Discovery Responses. Dkt. No. 13. The Court has considered the Motion and notes Defendant Urbanspotlite LLC ("Defendant") did not oppose or otherwise respond to the Motion. Accordingly, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Defendant shall serve its responses to Plaintiff's First Request for Production in Aid of Execution and First Set of Interrogatories in Aid of Execution within twenty-one (21) days of the date of this Order.

3. Defendant shall produce all documents responsive to Plaintiff's First Request for Production in Aid of Execution within twenty-one (21) days of the date of this Order.

4. Defendant is hereby warned that failure to comply with this Order may result in

Defendant being held in contempt and/or other sanctions being imposed to enforce the terms of this Order.

Date:  June 2, 2023
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge